**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 19-cr-00444-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HERUBY SANCHEZ-HERNANDEZ,

    Defendant.

---

**ORDER ADOPTING AND AFFIRMING DECEMBER 13, 2019 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

    This matter is before the Court on the Recommendation of Magistrate Judge Gallagher (Doc. #24). The Court notes that pursuant to the terms of the written plea agreement, Defendant entered a plea of guilty to Count One of the Indictment which charged violation of 18 U.S.C. § 1326(a) and (b)(1), illegal re-entry of a previously deported alien following a felony conviction.  The Court also notes that Defendant consented to Magistrate Judge Gallagher advising him with regard to his Constitutional rights and his rights pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Magistrate Judge Gallagher conducted the Rule 11 hearing on December 13, 2019, at which time he appropriately advised the Defendant of his rights and made inquiry as to the Defendant's understanding of the charges, the terms of the plea agreement, the voluntariness of his plea, and of the consequences of pleading guilty. Based on that

hearing Magistrate Judge Gallagher recommended that the District Court Judge accept Defendant's plea of guilty to Count One of the Indictment.

Neither the Defendant nor the Government has filed any objections to the Magistrate Judge's Recommendation; therefore, it is ORDERED THAT:

1. Court Exhibits 1 and 2 are accepted and admitted.
2. The plea as made in open court on December 13, 2019, is accepted and the Defendant is adjudged guilty of violation of Count One of the Indictment which charged violation of 18 U.S.C. § 1326(a) and (b)(1), illegal re-entry of a previously deported alien following a felony conviction.

DATED: September 2, 2020

BY THE COURT:

*Christine M. Arguello*
CHRISTINE M. ARGUELLO
United States District Judge